144 So. 537

### Howard HOLLEY v. STATE.
#### 7 Div. 159.

Supreme Court of Alabama.
Nov. 17, 1932.

Young & Longshore, of Anniston, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.

Petition of Howard Holley for certiorari to the Court of Appeals to review and revise the ·judgment and decision of that court in Holley v. State, 144 So. 535.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.